# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1436
L.T. Case No. 16-2003-CF-7050-A

_____

REGINALD JOSEPH COTTON,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Reginald Joseph Cotton, Raiford, pro se.

No Appearance for Appellee.

July 29, 2025

PER CURIAM.

  AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____